IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| LARRY G. AND EARLENE WALDRUP, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO.: ) CV-07-B-1283-NE ) |
| HARTFORD LIFE INSURANCE COMPANY | ) ) ) ) |
| Defendant. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiffs, Larry and Earlene Waldrup, by and through their counsel, and Defendant, Hartford Life Insurance Company, by and through its undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear their own costs.

John E. Tomlinson
One of the Attorneys for Plaintiffs

**OF COUNSEL:**
Jere L. Beasley
W. Daniel "Dee" Miles, III
John E. Tomlinson
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.

1

01643881.1

P. O. Box 4160
Montgomery, Alabama 36103-4160

/s/ William B. Wahlheim, Jr.
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy
Attorneys for Defendant
Hartford Life Insurance Company

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
(205) 254-1000

2