UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| LARRY G. WALDRUP;<br>EARLENE WALDRUP,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD LIFE INSURANCE<br>COMPANY,<br><br>Defendant. | CASE NO. CV 07-B-1283-NE |

## ORDER

In accordance with the Joint Stipulation of Dismissal (doc. 36)[1] filed by the parties herein on March 23, 2009, the court hereby **ORDERS** that the above-referenced matter is **DISMISSED WITH PREJUDICE**.  The parties shall bear their own respective costs.

**DONE**, this the 23rd day of March, 2009.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.